

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

November 20, 2023

Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The conference is adjourned to December 11, 2023 at 9:30 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 20, 2023

**Re:** *United States v. Bryan Sanchez*
*Case No.: 18 Cr. 302 (RA)*

Dear Judge Abrams,

    I was assigned to represent Bryan Sanchez in the above referenced matter, which is scheduled for a status conference on November 27. For the reason stated herein, I respectfully request an adjournment of the conference.

    Mr. Sanchez was scheduled to undergo a medical evaluation, however it has not been able to be scheduled yet. In order to allow Probation sufficient time to have Mr. Sanchez evaluated and produce the medical assessment to all parties, I respectfully request an adjournment of this matter. The Government has no objection to this request.

    Probation, the Government, and the undersigned are all available on December 11. I am also available on December 12 or 13.

    I thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213
Email: LFasulo@FGDMLaw.com

Cc:    Benjamin Burkett, AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Page 1 of 1