UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>Bryan Sanchez,<br><br>                    Defendant. | No. 18 CR 302 (RA)<br><br>ORDER |

Ronnie Abrams, U.S. District Judge:

   IT IS HEREBY ORDERED THAT, on December 19, 2023, the United States Marshals Service shall release Defendant from the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse to the United States Probation Officer, who will turn him over to a representative of United States Probation Officer for transport to a residential drug treatment facility before 10:00am.

SO ORDERED.

Dated:   December 14, 2023
        New York, New York

                                          _____
                                          Ronnie Abrams
                                          U.S. District Judge